In the Matter of EDWARD RAFF and ALLESANDRO L. CHIOSTERGI, as Assignees for the Benefit of Creditors of the STYLEBUILT SHOE MANUFACTURING CO., INC., Appellants. JEFFERSON STREET REALTY CORPORATION, Respondent.— Order, as resettled, directing that appellants file an inventory and that they account affirmed, with ten dollars costs and disbursements. Appeal from order denying motion for reargument dismissed. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Judicial Settlement of the Account of RANDOLPH WHITE, as Administrator of SARAH J. SMITH, Deceased. JOHN MORGAN and MARY MURPHY, Appellants; RANDOLPH WHITE, Administrator, etc., of SARAH J. SMITH, Deceased, and MARGARET HALLIDAY, Respondents.— Decree of the Surrogate's Court of Queens county, in so far as appealed from, affirmed, without costs. No opinion. Lazansky, P. J., Young and Carswell, JJ., concur; Kapper and Hagarty, JJ., dissent and vote for reversal and a new trial on the ground that the decree is contrary to the weight of the credible evidence.

CHARLES C. JAMES, Respondent, v. ALDERTON DOCK YARDS, LIMITED, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to serve its answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

EDNA WILLIAMS JOHNSON and ANDREW S. DERBY, as Administrators de Bonis Non of the Goods, Chattels and Credits of HANNAH E. TAYLOR, Late of the County of Kings, Deceased, Respondents, v. FLORENCE C. WOODSON and Others, Defendants; BREVOORT SAVINGS BANK, Appellant.*— Order denying motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within ten days from service of a copy of the order herein. No opinion. Kapper, Hagarty and Carswell, JJ., concur; Lazansky, P. J., and Young, J., dissent.

LOUISE KRAUSE, Respondent, v. ARTHUR KRAUSE, Appellant. (Appeal No. 1.) — Order granting motion for alimony and counsel fee reversed on the law and the facts, without costs, and matter remitted to the Special Term for determination of motion upon the trial. (*Kramrath* v. *Kramrath*, 231 App. Div. 533.) Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

LOUISE KRAUSE, Respondent, v. ARTHUR KRAUSE, Appellant. (Appeal No. 2.) — Order as resettled denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within five days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

LITHGO SAND, GRAVEL AND CONSTRUCTION CORPORATION, Respondent, v. WILLIAM P. MACDONNELL and Others, Appellants.— Order of the County Court of Dutchess county setting aside verdict and granting a new trial on the ground that the verdict was inadequate unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

*Appeal dismissed, 259 N. Y. 570.